**Motion GRANTED and Order filed March 7, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00084-CV

———————

### IN RE DIAMOND READY MIX, INC., ENRIQUE MARRERO GALBAN, AND MARIO ZERMENO, Relators

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
127th District Court
Harris County, Texas
Trial Court Cause No. 2020-21098**

---

## ORDER

On February 9, 2022, relators Diamond Ready Mix, Inc., Enrique Marrero Galban, Mario Zermeno, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable R.K. Sandill, Judge of the 127th District Court, in Harris County, Texas, to set aside his order dated December 3, 2022, entered in

trial court number 2020-21098, styled *Martin Palos Urrutia v. Enrique Marrero Galban, Mario Zermeno, and Diamond Ready Mix, Inc.*

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On February 9, 2022, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the commencement of trial in trial court cause number 2020-21098, *Martin Palos Urrutia v. Enrique Marrero Galban, Mario Zermeno, and Diamond Ready Mix, Inc.,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.